1    WILLIAM P. BARR
       Attorney General of the United States
2

3    JOHN C. ANDERSON
       United States Attorney

4    PAUL J. MUSLIWIEC
       Special Attorney Acting Under Authority
5    Conferred by 28 U.S.C. § 515
       U.S. Department of Justice
6    U.S. Attorney's Office, District of New Mexico
       201 Third Street, NW, Suite 900
7    Albuquerque, New Mexico 87102
       Telephone:  505-224-1411
8    Email:  paul.mysliwiec@usdoj.gov
       Attorneys for Plaintiff
9

**REDACTED FOR PUBLIC DISCLOSURE**

10           IN THE UNITED STATES DISTRICT COURT

11             FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00664-PHX-DJH (ESW) |
|         Plaintiff, | **INDICTMENT** |
|    vs. | VIO:   18 U.S.C. § 2261A(2)(B) and 2262 |
| Samuel Marian Mattia, |         Cyberstalking |
|         Defendant. |         Count 1 |

20    **THE GRAND JURY CHARGES:**

21               <u>**COUNT 1**</u>

22       Between on or about April 9, 2019 and April 28, 2019, in Maricopa County, in the

23 District of Arizona and elsewhere, the defendant SAMUEL MARIAN MATTIA, with the

24 intent to harass and intimidate M.H. and J.H., used an interactive computer service,

25 electronic communication service, and facility of interstate and foreign commerce to

26 engage in a course of conduct that caused,

27    / / /

28    / / /

1    and would reasonably be expected to cause, substantial emotional distress to M.H. and J.H.

2         In violation of 18 U.S.C. Section 2261A(2)(B) and 2262.

3

4                                                    A TRUE BILL

5                                              _____
                                                       /s/
6                                              FOREPERSON OF THE GRAND JURY
                                               Date:  October 20, 2020
7    JOHN C. ANDERSON
     United States Attorney
8

9         /s/
     _____
10   PAUL J. MYSLIWIEC
     Assistant U.S. Attorney
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              - 2 -