JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

GERALD A. WILLIAMS, #013115
Asst. Federal Public Defender
Attorney for Defendant
gerald_williams@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>     vs.<br><br>Samuel Marian Mattia,<br><br>             Defendant | No. CR-20-664-PHX-DJH<br><br>**MOTION FOR DETERMINATION OF COUNSEL**<br><br>**(Hearing Requested)** |

Counsel for the defendant requests that this Court make a determination as to whether new counsel should be appointed.  The defendant has expressed to the Office of the Federal Public Defender his dissatisfaction with undersigned counsel and a desire for new counsel.  It is therefore requested a hearing be conducted for the Court to determine whether new counsel should be appointed.

Excludable delay under 18 U.S.C. § 3161(h)(1)(F) may result from this motion or from an order based thereon.

Respectfully submitted:   February 9, 2021.

JON M. SANDS
Federal Public Defender

 *s/Gerald A. Williams*
GERALD A. WILLIAMS
Asst. Federal Public Defender

1  Copy mailed on February 9, 2021to:

2  SAMUEL MARIAN MATTIA
3  Defendant

4  _s/yc_